JS-6

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HERMOSA ON METROPOLE, LLC, a California limited liability company; HERMOSA NNN, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF AVALON, a municipal corporation; and DOES 1-25,<br><br>          Defendant. | Case No. CV13-2439 ABC (FFMx)<br><br>Assigned to:  Hon. Audrey B. Collins<br>Hon. Frederick F. Mumm (Discovery)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT CITY OF AVALON<br><br>Complaint Filed:     February 6, 2013 |

1. On July 29, 2014, the Court entered an Order granting Defendant City of Avalon's Motion for Summary Judgment as to Plaintiffs HERMOSA ON METROPOLE, LLC and HERMOSA NNN, LLC's (collectively "HERMOSA") entire action, including all causes of action asserted therein.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:** that judgment be entered in favor of defendant.

~~HERMOSA shall take nothing by this action and this action is hereby dismissed.~~

DATED: August 21, 2014   _____

~~Hon. Audrey B. Collins~~
UNITED STATES DISTRICT JUDGE
HONORABLE ANDRE BIROTTE, JR.